UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDWARD SHAPIRO, P.C., et al.,

                             Plaintiffs,                **ORDER**
                                                                                               CV 06-5865 (ADS) (ARL)

      -against-

SHREENATH LAXMAN, et al.,

                             Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court are a series of letters from the parties seeking guidance on procedural matters. By letter dated March 13, 2007, the plaintiffs seek permission to file an "enlarged" letter discovery motion. That application is granted. While plaintiffs' do not state how many pages their anticipated letter motion will require, given the nature of the application six pages exclusive of exhibits should be sufficient. A maximum six-page response will also be permitted.

      By letter dated March 14, 2007, the defendants request that the court schedule a pre-motion conference concerning a proposed motion to compel pursuant to Federal Rule of Civil Procedure 37. Plaintiffs have opposed that request by letter also dated March 14, 2007. Upon review of the parties' submission, the court finds that a pre-motion conference is unnecessary. The defendants may raise the issue in a letter motion pursuant to Local Civil Rule 37.3 not exceeding six pages in accordance with the following schedule: Letter motion to be served and filed by March 22, 2007 and Opposition to be served and filed by March 29, 2007. Oral argument will be scheduled after the court has reviewed the submissions.

Dated: Central Islip, New York                        **SO ORDERED:**
       March 15, 2007

                                                                            _____/s/_____
                                                                          ARLENE ROSARIO LINDSAY
                                                                          United States Magistrate Judge