UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD SHAPIRO, P.C., et al.,

                      Plaintiffs,                      **ORDER**
                                                                          CV 06-5865 (ADS) (ARL)

      -against-

SHREENATH LAXMAN, et al.,

                      Defendants.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter motion dated March 22, 2007, plaintiffs seek to compel responses to their interrogatories and requests to produce that were served on December 12, 2006. Defendants oppose the application by letter dated March 27, 2007. According to the defendants, the plaintiffs have not attempted to resolve these issues by first conferring with the defendants in good faith. Plaintiffs do not contend otherwise. Accordingly, the application is denied with leave to renew. The parties are directed to meet and confer in good faith in an effort to resolve these issues. The court interprets good faith to be in person contact either by telephone or in person. See Individual Practices of Magistrate Judge Arlene Lindsay, Rule 2(A)(1).

Dated: Central Islip, New York                        **SO ORDERED:**
       March 30, 2007

                                                            _____/s/_____
                                                            ARLENE ROSARIO LINDSAY
                                                            United States Magistrate Judge