UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDWARD SHAPIRO, P.C., et al.,

                        Plaintiffs,         **ORDER**
                                                        CV 06-5865 (ADS) (ARL)
      -against-

SHREENATH LAXMAN, et al.,

                        Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter dated May 15, 2007, the plaintiffs move to compel the defendants' answers to interrogatories and requests for the production of documents. Plaintiffs represent that the parties have conferred on the issues raised in their letter on February 12, 2007 and April 13, 2007, and, despite defendants' representation that they would supplement their discovery responses, they have not done so. Defendants oppose the application by letter dated May 17, 2007, asserting *inter alia* that the defendants have been diligently working to provide responses to plaintiffs. The defendants argue that the motion should be denied as premature.

      Given the defendants' apparent willingness to supplement their response, plaintiffs' letter application is denied at this time. The defendants' supplemental response shall be served by May 31, 2007.

Dated:  Central Islip, New York            **SO ORDERED:**
         May 21, 2007

                                                     _____/s/_____
                                                     ARLENE R. LINDSAY
                                                     United States Magistrate Judge