UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD SHAPIRO, P.C., et al.,

                         Plaintiffs,                    **ORDER**
                                                        CV 06-5865 (ADS) (ARL)

              -against-

SHREENATH LAXMAN, et al.,

                         Defendants.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

          Pending before this court is the plaintiff's request for a premotion conference with regard
to a proposed motion for contempt and spoliation of evidence. See Scanlon letter, dated June 8,
2007. Defendants oppose the application by letter dated June 12, 2007. The basis for the
proposed contempt motion is the defendants' alleged violation of this court's May 4th order
concerning the production and inspection of their programs. On June 27th, a hearing was held
during which compliance with the court's order of May 4th was extensively reviewed by the
undersigned. Although the court concluded from this hearing that both sides have attempted in
earnest to achieve compliance with the court's order, the plaintiffs may nonetheless, should they
still desire to proceed, file a motion for contempt by no later than July 9, 2007. The defendants'
response is due July 16th .

          The plaintiffs further indicate that given the defendants' statement that they continually
modify their computer systems that a motion based on spoliation of evidence is appropriate.
Because the evidentiary  hearing scheduled for September 5, 2007 will have bearing on this
claim, the court and parties will be in a better position to assess the basis for such a motion after
the conclusion of the hearing. Accordingly, the court will address the plaintiffs' application upon
conclusion of the hearing scheduled for September 5, 2007.

Dated:  Central Islip, New York                **SO ORDERED:**
            June 28, 2007

                                               _____/s/_____
                                               ARLENE R. LINDSAY
                                               United States Magistrate Judge