UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE:** February 7, 2008
                United States Magistrate Judge
                                                     **TIME:** 10:00am

**DOCKET NO:**

CV 06-5865 (ADS)

**CASE:**

Edward Shapiro, P.C., et al.     v.     Shreenath Laxman, et al.

\_\_\_\_ Hearing

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|---|
| | Edward Maluf | Dariush Keyhani |
| | Joseph Barker | Shreenath Laxman |
| | | (Defendant) |
| | | Bruce Webster |
| | | (Expert witness) |

**Court Reporter:** Harry Rapaport

The following rulings were made:

      Stipulation to lift the preliminary injunction placed on the record. Leave to file the proposed amended complaint is granted. Parties agree to complete discovery (inclusive of expert discovery) by August 15, 2008. Any party seeking to make a dispositive motion shall take the first step in the motion process by September 22, 2008. The parties are referred to the individual practices of District Judge Spatt in this regard. The case will be marked ready for trial and returned to the district court for final disposition on September 22, 2008.

SO ORDERED:

_____
