# BINGHAM

Joseph J. Barker
Direct Phone: 212.705.7974
Direct Fax: 212.508.1472
joseph.barker@bingham.com

September 23, 2008

**BY ELECTRONIC FILING (ECF)**

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

**Re:** *Edward Shapiro, P.C., et al. v. Laxman, et al.*, 06 CV 05865 (ADS) (ARL)

Dear Judge Lindsay:

We represent Plaintiffs. We respond to Defendants' letter of September 22, 2008, in which they apply for a 60-day extension of discovery deadlines.

Contrary to Defendants' contentions, we understand that the parties have reached a settlement. The parties merely need to execute a settlement agreement to that effect. We do not oppose an extension of discovery deadlines if Defendants deem one necessary. However, it would be inappropriate to impose the burdensome obligations of discovery on Plaintiffs in the manner suggested by Defendants, and therefore object to that part of the relief sought by Defendants, where the whole point of settlement is to avoid further litigation activity.

Respectfully submitted,

Joseph J. Barker

cc: Dariush Keyhani, Esq. (via ECF and facsimile)

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com

A/72661432.1